```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 10463
   YOLANDA GREEN PATTON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5087


--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/25/2008 and was not confirmed.

     The case was dismissed without confirmation 08/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID            PAID
--------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV  SECURED VEHIC    6825.00            .00             .00
AMERICREDIT FINANCIAL SV  UNSECURED        2665.31            .00             .00
ECMC                      UNSECURED            .00            .00             .00
AES                       UNSECURED            .00            .00             .00
AFNI INC                  UNSECURED       NOT FILED           .00             .00
AFNI INC                  UNSECURED       NOT FILED           .00             .00
ALLGATE FINANCIAL         UNSECURED       NOT FILED           .00             .00
ALLIED INTERSTATE         UNSECURED       NOT FILED           .00             .00
AMERICAN COLLECTION       UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         285.17            .00             .00
AT&T CREDIT MANAGEMENT C  UNSECURED       NOT FILED           .00             .00
AT&T CREDIT MANAGEMENT C  UNSECURED       NOT FILED           .00             .00
ASSET ACCEPTANCE LLC      UNSECURED         616.62            .00             .00
CDA/PONTIAC               UNSECURED       NOT FILED           .00             .00
COLLECTION                UNSECURED       NOT FILED           .00             .00
COLLECTION                UNSECURED       NOT FILED           .00             .00
CREDIT MANAGEMENT INC     UNSECURED       NOT FILED           .00             .00
DIVERSIFIED ADJUSTMENT S  UNSECURED       NOT FILED           .00             .00
TIME WARNER CABLE         UNSECURED         435.13            .00             .00
FALLS COLLECTION SERVICE  UNSECURED       NOT FILED           .00             .00
ECMC                      UNSECURED            .00            .00             .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED           .00             .00
GLOBAL PAYMENTS           UNSECURED       NOT FILED           .00             .00
HARRIS                    UNSECURED       NOT FILED           .00             .00
HILCO RECEIVABLES         UNSECURED       NOT FILED           .00             .00
MIDLAND CREDIT MANAGEMEN  UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL GROUP       UNSECURED       NOT FILED           .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED           .00             .00
NELNET                    UNSECURED       NOT FILED           .00             .00
NELNET                    UNSECURED       NOT FILED           .00             .00
NELNET                    UNSECURED       NOT FILED           .00             .00
NATIONAL RECOVERIES       UNSECURED       NOT FILED           .00             .00
RECEIVABLE PERFORMANCE    UNSECURED       NOT FILED           .00             .00
US DEPT OF EDUCATION      UNSECURED            .00            .00             .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED           .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 10463 YOLANDA GREEN PATTON
```

```
RAINBOWS INN APARTMENTS   NOTICE ONLY    NOT FILED              .00          .00
AMERI CASH LOANS          UNSECURED      NOT FILED              .00          .00
GENESIS FINANCIAL SERVIC  UNSECURED         570.95              .00          .00
GLOBAL PAYMENTS           UNSECURED      NOT FILED              .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,474.00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                        ---------------    ---------------
TOTALS                          .00                  .00
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 11/19/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE